People ex rel. Greenberg v Warden, Vernon C. Bain Ctr. (2023 NY Slip Op 03976)

People ex rel. Greenberg v Warden, Vernon C. Bain Ctr.

2023 NY Slip Op 03976

Decided on July 28, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
CHERYL E. CHAMBERS
LINDA CHRISTOPHER
LILLIAN WAN, JJ.

2023-06084

[*1]The People of the State of New York, ex rel. Todd D. Greenberg, on behalf of Shmuel Levine, petitioner,
v
Warden, Vernon C. Bain Center, respondent.

Addabbo & Greenberg, Forest Hills, NY (Todd D. Greenberg pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, Jonathan Selkowe, and Charles T. Pollak of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Shmuel Levine upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 1149/2020.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., CHAMBERS, CHRISTOPHER and WAN, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court